IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:95-CR-162-2
3:95-CR-5-16

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| DARRIUS LAMONT WALKER ) | |
| ) | |

THIS MATTER IS BEFORE THE COURT on the *pro se* Motion for Early Termination of Supervised Release [doc. # 94] filed on January 26, 2018. For cause shown, the motion is **GRANTED** effective the date of the signing of this Order.

IT IS SO ORDERED.

Signed: February 14, 2018

Graham C. Mullen
United States District Judge